UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANKONA GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00270-GMN-BNW<br><br>**ORDER**<br><br>(ECF No. 5) |

　　　　Because plaintiff Sankona Graham's initiating documents in this action consisted of only a motion to find and appoint him a free attorney, ECF No. 1-1, this Court gave him until March 24, 2025, to file a complaint and either pay the full $405 filing fee for this action or file a complete application to proceed *in forma pauperis*. ECF No. 3. Graham timely filed a complaint, but he neither paid the filing fee nor applied for *in forma pauperis* status. ECF No. 4. Graham instead filed a motion asking the Court to either dismiss this action or stay it pending two of his earlier-filed lawsuits: *Graham v. State of Nevada*, Case No. 2:24-cv-00790-ART-DJA ("*Case 790*"), and *Graham v. Frank Dreesen*, Case No. 3:24-cv-00297-MMD-CSD ("*Case 297*"). ECF No. 5.

　　　　Graham indicated that claims in the complaint might duplicate claims in his other lawsuits. *Id.* But he did not address the matter of the filing fee. *See id.* Graham has since voluntarily dismissed his other lawsuits without prejudice. *Case 790*, ECF Nos. 172, 175; *Case 297*, ECF Nos. 40, 41. Considering the foregoing, the Court contemplates alternatives to dismissal for failure to obey an order.

　　　　It is therefore ordered that Graham has **until October 6, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

　　　　Alternatively, if Graham no longer wants to pursue this lawsuit, then he may file a notice voluntarily dismissing it under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is further ordered that Graham's motion to stay or dismiss action (ECF No. 5) is denied.

The Clerk of the Court is directed to send plaintiff Sankona Graham the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and a courtesy copy of his complaint (ECF No. 4).

DATED: September 4, 2025

_____
UNITED STATES MAGISTRATE JUDGE