**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SANKONA GRAHAM,

              Plaintiff,

    v.

JAMES DZURENDA, et al.,

              Defendants.

Case No. 2:25-cv-00270-GMN-BNW

**ORDER**

Before the Court in this closed prisoner civil-rights action is Plaintiff Sankona Graham's motion asking this Court to forward his documents captioned for the Ninth Circuit Court of Appeals to the appeals court. (ECF No. 18). The subject documents were returned to Plaintiff with instructions that he must mail them directly to the appeals court. Plaintiff has been repeatedly advised that this Court cannot forward his documents intended for the Ninth Circuit to the appeals court. (*See* ECF Nos. 16, 19).

**I.     CONCLUSION**

**IT IS HEREBY ORDERED** that Plaintiff's motion to forward documents (ECF No. 18), is **DENIED**. Plaintiff is advised that he must stop filing documents in this closed case.

**DATED** this __2__ day of _____June_____, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

1